DEBORAH RAE LAMB et al., Appellants, v GOVERNOR FOR NEW YORK STATE et al., Respondents.

Decided February 21, 2012

Reported below, 90 AD3d 716.

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

LZG REALTY, LLC, et al., Respondents, v H.D.W. 2005 FOREST, LLC, Appellant, and ELI WEINSTEIN, et al., Respondents, et al., Defendants. (And Other Actions.)

Submitted January 3, 2012; decided February 21, 2012

Reported below, 87 AD3d 727.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the actions within the meaning of the Constitution.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TOBIAS BOYLAND, Appellant.

Submitted January 23, 2012; decided February 21, 2012

Reported below, 79 AD3d 1658.

Motion to vacate this Court's December 29, 2011 dismissal order granted [see 18 NY3d 856 (2011)].

In the Matter of TROY SAND & GRAVEL COMPANY, INC., et al., Appellants, v TOWN OF NASSAU et al., Respondents.

Submitted January 3, 2012; decided February 21, 2012

Reported below, 89 AD3d 1178.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action/proceeding within the meaning of the Constitution and is not an order of the type provided for in CPLR 5602 (a) (2).